

BMG: USAO#2009R00849

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2009 DEC 15 P 5:05
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. RDB-09-0647 |
| LEON SMITH<br>a/k/a ABDUL LATEEF, | * (Felon in Possession of a Firearm, 18<br>* U.S.C. § 922(g); Criminal Forfeiture, 18<br>* U.S.C. § 924(d)) |
| Defendant | * |

*******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about August 24, 2009, in the District of Maryland, the defendant,

**LEON SMITH, a/k/a ABDUL LATEEF,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one (1) Rossi .38 caliber revolver bearing serial number 37670, in and affecting commerce.

18 U.S.C. § 922(g)(1)

1

## FORFEITURE

As a result of the offense set forth in this indictment, the defendant,

**LEON SMITH, a/k/a ABDUL LATEEF,**

shall forfeit to the United States the firearm identified in the indictment and involved in that offense.

18 U.S.C. § 924(d)

*[signature]* /BMF

Rod J. Rosenstein
United States Attorney

**SIGNATURE REDACTED**

Dec. 15, 2009
DATE